# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JUDITH K. SULLIVAN  
4335 CLEARFIELD AVENUE   SSN-xxx-xx-9897  
ROCKFORD, IL  61109

Case Number: 06-70033

Case filed on: 1/13/2006  
Plan Confirmed on: 8/21/2006

**D Dismissed**

Total funds received and disbursed pursuant to the plan: $7,449.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 004 | LSI TAX SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JUDITH K. SULLIVAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 369.76 | 0.00 |
| 002 | HSBC MORTGAGE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WINNEBAGO COUNTY CLERK | 6,282.00 | 4,949.30 | 4,949.30 | 0.00 |
|  | Total Secured | 6,282.00 | 4,949.30 | 5,319.06 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACCOUNTS RECEIVABLE MANAGEMENT | 125.00 | 125.00 | 0.88 | 0.00 |
| 006 | ADVANCE AMERICA | 1,001.01 | 1,001.01 | 7.08 | 0.00 |
| 007 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ATTORNEY HERBERT I. GREENE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AUDIT SYSTEMS INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 524.63 | 524.63 | 3.71 | 0.00 |
| 016 | ROCKFORD MERCANTILE AGENCY INC | 839.43 | 839.43 | 5.94 | 0.00 |
| 017 | AFNI/VERIZON | 773.96 | 773.96 | 5.47 | 0.00 |
| 018 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,264.03 | 3,264.03 | 23.08 | 0.00 |
|  | **Grand Total:** | 11,187.78 | 9,855.08 | 6,983.89 | 0.00 |

Total Paid Claimant:   $6,983.89  
Trustee Allowance:    $465.11  
Percent Paid Unsecured:  0.71

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009          By  /s/Heather M. Fagan